United States District Court
Southern District of Texas
**ENTERED**
September 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Peninsula Petroleum Far East Pte. Ltd. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No.: 22-cv-337 |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| Crystal Cruises, LLC | § | |
| Star Cruises (HK) Limited, et al., | § | |
| | § | |
| Defendants and Garnishee. | § | |

# ORDER DISMISSING
# DEFENDANT STAR CRUISES (HK) LIMITED

Plaintiff Peninsula Petroleum Far East Pte. Ltd. ("Peninsula") filed an unopposed motion to dismiss Defendant Star Cruises (HK) Limited ("Star Cruises") from this action, without prejudice, on August 25, 2022 [ECF #44].

Star Cruises has not filed a responsive pleading, and this motion is unopposed by defendant Crustal Cruises, LLC and Assignee Mark Healy.

It is therefore **ORDERED** that Defendant Star Cruises (HK) Limited is hereby dismissed from this action, without prejudice.

Dated:  September __8th__ , 2022

_George C. Hanks Jr_
United States District Judge